UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Norberto Medina Rodriguez

    Plaintiff

v.

Fernandez Bakery, Inc. et al

    Defendant

Civil No.:
3:16-cv-02578-FAB

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Norberto Medina Rodriguez, of legal age, married, resident of Carolina, Puerto Rico under penalty of perjury declare: (*Yo, Norberto Medina Rodriguez, mayor de edad, casado, residente de Carolina, Puerto Rico so pena de perjurio declaro*):

1. That the aforementioned are our personal circumstances. (*Que las anteriores son mis circunstancias personales*).

2. That I am aware that there are no accessible parking spaces at Panaderia Fernandez as alleged in the complaint that impedes my full, equal and spontaneous access to the bakery not accessible because there were no (*Que soy consciente de que no hay estacionamientos accesibles en la Panaderia Fernandez según se alega en la demanda lo que impide mi completo, igual y espontaneo acceso a la panaderia*).

3. That I am aware of the architectural barriers alleged in the complaint thought the photographs and personal knowledge. (*Que soy consciente de las barreras arquitectonicas alegadas en la demanda a traves de fotografias y conocimiento personal*).

4. That my expert witness CV is attached to this declaration and that he can show that there are architectural barriers at the property (*Que el CV de mi perito se encuentra adjunto a esta declaracion y que el puede demostrar que hay barreras arquitectonicas en la propiedad*).

5. That I respectfully request that this Honorable Court schedule this matter urgently and order the defendant to immediately provide the ADA compliant access to the facilities (*Que respetuosamente solicito que este Honorable Tribunal señale este asunto con premura y le ordene al demandado a que inmediatamente provea acceso a las facilidades en cumplimiento con ADA*)

6. That I am giving this statement freely and voluntarily. (*Que doy esta declaración libre y voluntariamente.*)

I, Norberto Medina Rodriguez, under penalty of perjury declare that the foregoing is true. (*Yo, Norberto Medina Rodriguez, so pena de perjurio declaro que todo lo anterior es cierto.*)

In San Juan, Puerto Rico, this 18th day of October, 2016. (En San Juan, Puerto Rico, este 18 de octubre de 2016).

Norberto Medina Rodriguez