

**PEDRO LUIS ALFARO DEL TORO - ARCHITECT**
**154 Calle Ganges**
**San Juan, PR   00926-2916**
Licensed Architect #9958  •  NCARB File #78401•  Arbitration Cert. #A-0361
Member of the Colegio de Arquitectos y Arquitectos Paisajistas de Puerto Rico
*Ad Majorem Dei Gloriam*



## *Pedro Luis Alfaro Del Toro*
### PROFESSIONAL  QUALIFICATIONS

**NAME AND ADDRESS:**

**Pedro Luis Alfaro Del Toro,** RA, B.A., B.S. Arch., M. Arch., CAAPPR
154 Ganges Street
San Juan, Puerto Rico  00926-2916
Tel. 787.753.5318; 787.370.5275; Fax 787.767.7720;
E-mail: arqalfarojr@gmail.com
https://www.facebook.com/pages/Alfaro-Del-Toro-Architecture-Puerto-Rico/189771504417777

**PERSONAL DATA:**

**Place of Birth:**  San Juan, Puerto Rico (USA).
**Citizenship:**  The United States of America (USA).

**PROFESSIONAL OBJECTIVES:**

To provide professional architectural, educational, and/or management services or work as employee for educational, private or government sectors, and arbitration or expert witness in Court.

**ACADEMIC DATA:**



1970-1975
**The University of Detroit** (Jesuit University)
School of Architecture
Detroit, Michigan

**MASTER OF ARCHITECTURE  (M. ARCH.)**
May 10, 1975

**Major:** Architecture
**Minors:** Urban Planning
         Public Administration & Policy, Voters' Behavior, & Urban Politics.

**Thesis:** *El Convento Beach: a resort development - Fajardo, Puerto Rico.*
**Category:** Large Building Complexes.

**Honors and Awards:**

* Alpha-Rho-Chi Medal Award -1975
  National Fraternity of Architects.
* Henry Adams Award-1975
  The American Institute of Architects (for excellence in the study of Architecture at The University of Detroit).
* Graduated in 1975
  Ranked #2 in a class of 30.



**Arch. Pedro L. Alfaro, Jr.**
Professional Qualifications
Page 2 of 6

                 * <u>Who is Who Among Students in American Colleges and Universities-1975</u>
                      National Award
                 * <u>Alpha-Sigma-Nu</u>
                      National Jesuit Honor Society



## <u>BACHELOR OF SCIENCE IN ARCHITECTURE (B. S. ARCH.)</u>
May 10, 1975   (Jesuit University)

        **Major:**  Architecture
        **Minors:** Public Administration, Urban Politics, and
                 Environmental Studies.



1967-1970
**University of Puerto Rico**
College of Humanities
Río Piedras Campus

### <u>BACHELOR OF ARTS  (B. A.)</u>
**May 26, 1970**
        **Major:** General Major Degree
        **Minor:** Arts and Architecture

1966-1967
**Puerto Rico Junior College (Universidad Metropolitana-UMet)**
Cupey Campus
Liberal Arts Courses

**Honors and
Awards:**   * <u>Phi-Theta-Kappa</u>
           Honor Society-1967

1954-1966
**Academia San Jorge** (Roman Catholic Elementary and High School)
Santurce, Puerto Rico
May 1966  -  Academic Elementary and High School Diplomas

**INTERNACIONAL:** **International Star Award for Quality**
Gold Category, Paris, France for office commitment
to quality of services rendered.

**LANGUAGES:**   Spanish, English, French**\***, and some basic German (Deutch).
Fluent Spanish and English oral and written.

(∗) Alliance Française Puerto Rico - Certificat de Langue Française - Premier Degré



**Arch. Pedro L. Alfaro, Jr.**
Professional Qualifications
Page 3 of 6

**COMPUTER &**
**CAD COURSES:**     -Liceo de Arte y Tecnología.
                      AutoCAD Release 12 Windows course.
                    -American Video Training Institute.
                      AutoCAD Release 12 and 13 for Windows course.
                    -Inter American University of PR.
                      AutoCAD Release 14 for Windows-NT course.
                    -AutoCAD®, MS Word®, MS PowerPoint® and MS Excel® 2016
                    -Fair Housing Act Accessibility Course

**WRITTINGS:**       The Kern Block: facts and its future dilemma.
                    The University of Detroit Library-Reference

                    The City of Troy, Michigan
                    A comprehensive urban planning study and development for the City of Troy.

                    Urban Design Project Study For A Model City of 6000
                    Detroit, Michigan
                    A detailed study on how a city for 6000 families can be designed and developed for an urban renewal area.

                    Energy in the 1970's and 1980's.
                    A comprehensive research study on all the energy sources available, its potentials and future applications.

**PRACTICAL**
**EXPERIENCE:**      **Pedro Luis Alfaro, Jr.-Architect and Associates**
                    **Alfaro-Del Toro Architecture**
                    Architects, Planners, Interior Architecture, Space Planners & Designers
                    154 Calle Ganges Street
                    San Juan, Puerto Rico  00926-2916
                    Tel. (787) 753-5318; (787) 370-5275;  Fax (787) 767-7720

                    January 1989 to present.
                    **Position:** Principal

                    **Brief history of private practice and consulting work:**

                    The consulting architectural practice started in the year 1983. Since then, a total of over one hundred and twenty five (125) projects, mainly commercial had been made totaling approximately ten million dollars ($10,000,000.00). This practice was limited while working primarily with another firm as senior architect.

                    Later, in January 1989, established a successful private practice as *Pedro Luis Alfaro, Jr. - Architect & Associates/Alfaro-Del Toro-Architecture,* in order to provide personal professional services to the private and government sectors on a full time basis. Numerous projects of many categories were done since then including green/sustainable design.



**Arch. Pedro L. Alfaro, Jr.**
Professional Qualifications
Page 4 of 6

The office has the latest technological equipment and licensed programs for computerized drafting in AutoCAD and offered **all** the services in the field, including the professional consulting engineering services in the civil, mechanical, structural, electrical, landscaping and acoustical fields. The office also provided space planning and interiors' work including ADA compliance and green/sustainable projects.

The office is mainly involved in designing commercial (office buildings, remodeling, banking institutions, retail shops, shopping centers and general commercial work), institutional, residential, industrial developments, resort hotels, court expert witness, and ADA compliance project evaluations.

**O´Kelly, Méndez, & Brunner (OMB)**
Engineers and Architects
**Position:** Senior Associate Architect

**Horacio Díaz, FAIA and Associates**
Architects
**Position:** Senior Associate Architect

**Víctor M. Labiosa and Associates**
(Víctor Biaggi & Associates) Engineers, Architects, & Planners
**Position:** Senior Associate Architect



**University of Puerto Rico - School of Architecture**
Professor for Undergraduate and Graduate School Programs.
Also taught a Hotel Course in conjunction with Professor Robert M. Ford from Mississippi State University.



**Commonwealth of Puerto Rico - Department of Housing**
Office of the Secretary
Secretaría Auxiliar de Planificación y Programación
**Position:** Architect, Planner, and Special Assistant.



**Commonwealth of Puerto Rico**
**Administración de Reglamentos y Permisos-A.R.P.E.**
(Permits and Regulations Administration-Government Agency)
**Position:** Technical staff-project evaluations.

**Toro-Ferrer and Associates**
(Osvaldo Toro+ & Miguel Ferrer Rincón+)
Architects, Engineers, Planners, & Interior Designers
**Position:** Intern Architect for four semesters.

**REGISTRATION:** **Registered Architect - Commonwealth of Puerto Rico, License #9958 (Expires 08.11.2018)**
Department of State - Board of Examiners of Architects and Landscape Architects of Puerto Rico.
**NCARB File #78401, Washington, DC**

**PROFESIONAL ACTIVITIES**
**OGANIZATIONS:** **Colegio de Arquitectos y Arquitectos Paisajistas de Puerto Rico.**



(Puerto Rico Society of Architects and Landscape Architects)
- Active Member  #9958
- Elected Member of the Governing Board 1992 to 1994 as Director of Professional Practice.
- Member of C.R.E.C. Commission (Revisory Commission of Continuing Education) as
  P. R. Board of Examiners representative.

 **Arch. Pedro L. Alfaro, Jr.**
Professional Qualifications
Page 5 of 6

 **The American Institute of Architects (AIA)**
Washington, DC
- Active Member  #30007830 to 2003.

 **The American Institute of Architects (AIA)-PR Chapter**
Puerto Rico
- Active Member  #30007830 to 2003.

 **University of Puerto Rico - Faculty Member**
School of Architecture - Under Graduate & Graduate School
Río Piedras Campus, San Juan, PR
Professor.

**NON POFESIONAL ACTIVITIES OGANIZATIONS:**
**- Knights of Columbus, Past Grand Knight**

  
**- Circulo Bíblico Parroquia Cristo Redentor**
**- Grupo Ignaciano Parroquia San Ignacio de Loyola**
**- Antiguos Alumnos Universidades Jesuitas**
ANTIQUI SOCIETATIS IESUS ALUMNI - The University of Detroit Alumni Association, Detroit, Michigan

 **National Council of Architectural Registration Boards-N.C.A.R.B.**
Board of Directors-N.C.A.R.B. Southern Conference: Puerto Rico Director.
- 1998 to 2003
- State I.D.P. (Internship Development Program) Program Coordinator - 1999 to 2003.
- Board Member of the National Council of Architectural Registration Boards - N.C.A.R.B.
- P.R. Director of N.C.A.R.B./Southern Conference: 1997 to 2003.
- N.C.A.R.B./Southern Conference: Treasurer 2001-2003.
- N.C.A.R.B./Southern Conference: Secretary 2003-2004.
- International Relations Committee
- Practice Analysis Task Force
- Impediments to Reciprocity Task Force
- Professional Conduct Committee
- Committee on Continuing Education
- ARE 4.0 Items Development Committee.
- ARE 5.0 Test Specifications Task Force.
- ARE 5.0 Test Mapping Task Force.

 **National Architectural Accreditation Board-N.A.A.B.**
- Member of National Architectural Accreditation Board Review Team - 2010 to 2014.

**Polytechnic University of Puerto Rico - School of Architecture**
Board of Consultants and Advisors.
- 1998 to 2003

 **Commonwealth of Puerto Rico - Department of State**
Board of Examiners of Engineers, Architects, Land Surveyors and Landscape Architects of Puerto Rico.
- Examination Proctor 1988 to 1993
- Licensing Board - Spanish Exam Preparation Committee Member in 1990.

 **Commonwealth of Puerto Rico - Department of State**
- Board of Examiners of Engineers, Architects, Land Surveyors of Puerto Rico.
- Board of Examiners of Engineers, Architects, Land Surveyors, & Landscape Architects of P. R.
- Appointed by the Governor and confirmed by the Senate of Puerto Rico.
- Member of both Boards of Examiners.
- Board Vice President.
- Board of Examiners of Architects & Landscape Architects of P.R. - President.
- Appointed by the Governor and confirmed by the Senate of Puerto Rico.
- Board of Examiners of Architects & Landscape Architects of P.R. - President through November 16, 2014.
- Appointed by the Governor and confirmed by the Senate of Puerto Rico.



**Arch. Pedro L. Alfaro, Jr.**
Professional Qualifications
Page 6 of 6



**Department of Economic Development and Commerce**
**Roosevelt Roads Navy Station Redevelopment Authority**
Board of Directors (Autoridad para el Desarrollo de Terrenos y Facilidades de la Estación Naval Roosevelt Roads).
- 2016 to present

**CONTINUING**
**EDUCATION:**     **Full Complianance at P. R. Department of State as of 2016.**
All required Board of Examiners credits up-to-date as of June 1, 2016.

**ARITRATION**
**CERTIFICATION:**

 

As an architect, I am a certified Arbitrator by the Puerto Rico's *Alternate Dispute Resolution Bureau* which operates under the Puerto Rico Supreme Court. Arbitration services are a means to help settle controversies in construction projects. I can provide services to help you arrive at a fair, evenhanded resolution for all parties. Certificate No. Arb. A-0326*
(*) At this time in renewal process completing CEU.

 NEGOCIADO DE MÉTODOS ALTERNOS PARA LA SOLUCIÓN DE CONFLICTOS
mediación · arbitraje · evaluación neutral

**REFERENCES:**       Available upon request.

**CERTIFICATION:**    I, **Pedro Luis Alfaro Del Toro**, *CERTIFY* that all of the statements made herein are true, complete, and correct to the best of my knowledge, belief and understanding, and are made in good faith.



_____
**Pedro Luis Alfaro Del Toro**



Exp.: 8/2018

June 14, 2016
**Date**

# EVIDENCIA DE LICENCIA DE ARQUITECTO Y COLEGIACIÓN VIGENTE

### COLEGIO DE ARQUITECTOS Y ARQUITECTOS PAISAJISTAS DE P.R. 2015-2016




Pedro Luis Alfaro Del Toro
Arq. Licenciado

Exp. CAAPPR: 6/30/2016
Licencia #   9958
Expira:   8/11/2018

Colegiado

Esta es la tarjeta de identificación oficial del Colegio de Arquitectos y
Arquitectos Paisajistas de Puerto Rico. Esta tarjeta no es transferible
y no es una tarjeta de crédito. Si la encuentra, favor de devolverla a:
CAAPPR
PO Box 41176 San Juan, PR 00940-1176
Teléfono (787) 724-1213 fax (787) 724-3295

Alfaro Del Toro, Pedro Luis

Secretaria

### DEPARTAMENTO DE ESTADO - JUNTAS EXAMINADORAS 2013-2018





*RENOVACIÓN APROBADA: 16 de abril, 2013*
*RENEWAL APPROVED ON: April 16, 2013*

Estado Libre Asociado de Puerto Rico
*Commonwealth of Puerto Rico*

DEPARTAMENTO DE ESTADO
*Department of State*

Secretaría Auxiliar de Juntas Examinadoras
*Office of the Assistant Secretary of State for Examining Boards*

La Junta Examinadora de Arquitectos y Arquitectos Paisajistas
*The Examining Board of Architects and Landscape Architects*

por la presente certifica que
*hereby certifies that*

## Pedro L. Alfaro Del Toro JR.

habiendo cumplido todos los requisitos de Ley, se ha inscrito en el Registro de esta Junta como
*having met all the requirements of law, has been registered as:*

## Arquitecto Licenciado
*Licensed Architect*

En testimonio de lo cual, se expide esta licencia para el ejercicio de dicha profesión, bajo el sello de la Junta Examinadora.
*In testimony whereof, this license is issued to practice this profession, under the seal of the Board of Examiners.*

En San Juan, Puerto Rico, efectivo 12 de agosto de 2013
*In San Juan, Puerto Rico, effective August 12, 2013.*




*Presidente*

**Número de Licencia: 9958**
*License Number*

**Vencimiento: 11 de agosto de 2018**
*Expires: August 11, 2018*

*Ejecutivo de la Junta*
*Board Executive*