# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**NORBERTO MEDINA-RODRIGUEZ,**

Plaintiff,

v.

**FERNANDEZ BAKERY, INC.,** *et al.*,

Defendants.

CIVIL NO. 16-2578 (BJM)

## FINAL JUDGMENT

Judgment is hereby entered dismissing this case with prejudice and without imposition of costs or attorneys fees to any party.

The court will retain jurisdiction to enforce the terms of the agreement.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of December, 2017.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge